

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00089-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF G.O.R., JR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Kelly Cross, Judge Presiding

# O R D E R

      The State has filed a motion to abate this appeal and remand the cause to the trial court. The motion asserts the trial court's order refers to section 574.106(a-1)(2) of the Texas Health and Safety Code as the basis for its order compelling administration of psychoactive medication, while the trial court's verbal ruling and the petition seeking the order refer to section 574.106(a-1)(1). The State requests this court to direct the trial court to clarify the basis for its ruling. Appellant's attorney is ORDERED to file a response to the State's motion no later than ten days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court